# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WAYNE SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:21-cv-01513-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF<br><br>(ECF No. 11)<br><br>**DEADLINE: DECEMBER 2, 2022** |

On October 13, 2021, Plaintiff Larry Wayne Smith, originally proceeding *pro se*, filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On April 1, 2022, the Court issued an amended scheduling order. (ECF No. 11.) Pursuant to the amended scheduling order, Plaintiff's opening brief was due 45 days after the filing of the administrative record. (Id. at 2.) The administrative record was lodged on September 28, 2022 (ECF No. 13); thus, Plaintiff's opening brief was due by November 14, 2022. On November 14, 2022, Plaintiff filed a substitution of attorney, and is now represented by attorney Jonathan Pena. (ECF No. 14.) However, neither an opening brief, nor other filings, have been submitted.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Plaintiff's failure to timely file the opening brief, or seek an extension to do so, constitutes a failure to comply with the Court's order. Accordingly, Plaintiff will be directed to show cause why sanctions should not issue for failure to file the opening brief in compliance with the Court's April 1, 2022 scheduling order (ECF No. 11).

Based on the foregoing, IT IS HEREBY ORDERED that **no later than December 2, 2022**, Plaintiff shall show cause in writing why sanctions should not issue for the failure to comply with the Court's orders and timely file an opening brief in this matter. Failure to comply with this order will result in the imposition of sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 28, 2022**

UNITED STATES MAGISTRATE JUDGE