# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WAYNE SMITH, | Case No. 1:21-cv-01513-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF Nos. 16, 17, 18) |
| Defendant. | |

On October 13, 2021, Plaintiff Larry Wayne Smith, originally proceeding *pro se*, filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) Plaintiff's opening brief was due November 14, 2022. On that date, Plaintiff filed a substitution of counsel; however, Plaintiff did not timely file an opening brief or other filing. Accordingly, on November 28, 2022, the Court issued an order to show cause in writing why sanctions should not issue. (ECF No. 16.)

On November 29, Plaintiff filed a response to the order to show cause and a request for a 66-day extension of time to file the opening brief. (ECF Nos. 17, 18.) In response to the order to show cause, counsel proffers he mistakenly believed a request to extend the briefing deadline had been filed, apologies to the Court for the error, and requests an extension to file the opening brief.

1

Having reviewed the response, the Court shall discharge the order to show cause and grant Plaintiff's requested relief.

Accordingly, IT IS HEREBY ORDERED that the Court's November 29, 2022 order to show cause (ECF No. 16) is DISCHARGED.  Plaintiff's nunc pro tunc request for an extension to file the opening brief by January 19, 2023, is GRANTED.  The remaining filing deadlines set forth in the Court's April 1, 2022 amended scheduling order (ECF No. 11) are continued accordingly.

IT IS SO ORDERED.

Dated:  **November 30, 2022**

UNITED STATES MAGISTRATE JUDGE

2