# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WAYNE SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-01513-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 21) |

On March 3, 2023, the parties filed a stipulated motion requesting the deadline for Defendant to file an opposition brief be extended from March 6, 2023, to April 5, 2023. (ECF No. 21.) The Court finds good cause to grant the first extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.　The stipulated motion is GRANTED; and

2.　Defendant shall file an opposition brief on or before April 5, 2023.

IT IS SO ORDERED.

Dated: __**March 6, 2023**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1